STATE OF NEW JERSEY v. ROBERT O'DONNELL.

September 16, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. OSWALDO COLON.

September 16, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ARNOLD REGISTER.

September 16, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES JACKSON.

September 16, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. OSCAR R. MCCOY.

September 16, 1986.

Petition for certification denied.